PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIYAN J. WARD, <br><br> Defendant. | Case No. 5:19-PO-00293-CDB <br><br> Citation Nos.: 7896912 CA-3F and 7896913 CA-3F <br><br> MOTION AND ORDER FOR DISMISSAL; AND RECALL OF WARRANT |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No5:18-PO-00357-CDB (as to both Citation Nos.: 7896912 CA-3F and 7896913 CA-3F) against DANIYAN J. WARD, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  It is further requested that the warrant in this matter be recalled.

DATED:  July 11, 2023                           Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                United States Attorney

                                       By:     /s/ *Jeffrey A. Spivak*
                                                JEFFREY A. SPIVAK
                                                Assistant United States Attorney

1
2                                              **O R D E R**
3
4       IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Rule
5  48(a) of the Federal Rules of Criminal Procedure, that Case No. 5:18-PO-00357-CDB (as to both
6  Citation Nos.: 7896912 CA-3F and 7896913 CA-3F) against DANIYAN J. WARD be dismissed,
7  without prejudice, and that the warrant in this matter be recalled, all in the interest of justice.
8  IT IS SO ORDERED.
9       Dated:   **July 13, 2023**                          _____
10                                                  UNITED STATES MAGISTRATE JUDGE